UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNICOLORS INC

Plaintiff(s),

v.

BE MINE INC , et al.

Defendant(s).

CASE NO:
2:14−cv−01025−MMM−AS

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
Margaret M. Morrow
United States District Judge